UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-20469-Seitz/Simonton

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

        Plaintiffs,

vs.

MIS SCIENCES CORP.,

        Defendant.
_____/

## NOTICE OF AGREEMENT ON SETTLEMENT

      Plaintiffs, ArrivalStar S.A. and Melvino Technologies, and Defendant, MIS Sciences Corp., hereby provide notice to the Court that the parties have agreed in principle on a settlement of all matters in dispute between them. The parties expect to have the agreement finalized shortly, and anticipate filing the necessary paperwork to dismiss this case with prejudice very soon.

Dated: June 4, 2012.

                                                              Respectfully submitted,

                                                              /s/ William R. McMahon
                                                              William R. McMahon, Esquire
                                                              Florida Bar Number: 39044
                                                              McMahon Law Firm, LLC
                                                              11435 West Palmetto Park Road
                                                              Suite E
                                                              Boca Raton, Florida 33428
                                                              Telephone: 561-218-4300
                                                              Facsimile: 561-807-5900
                                                              Email: bill@mlfllc.com
                                                              **Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Extension was served upon all counsel of record indicated on the Service List below by way of CM/ECF on this 4th day of June, 2012.

William R. McMahon

## SERVICE LIST

William R. Trueba, Jr.
Espinosa Trueba, PL
3001 SW 3rd Avenue
Miami, Florida 33129
Tel: 305-854-0900
Fax: 305-285-5555
Email: wtrueba@etlaw.com
**Attorney for Defendant**