## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ARRIVALSTAR S.A. and MELVINO ) 
TECHNOLOGIES LIMITED, ) 
            ) 
            Plaintiffs, )    **Case No. 1:12-cv-20469-PAS** 
   vs. ) 
            ) 
MIS SCIENCES CORPORATION, ) 
            ) 
            ) 
            Defendant. ) 

## STIPULATION OF DISMISSAL

Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("Plaintiffs"), and Defendant MIS Sciences Corporation ("Defendant"), by and through their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of any and all claims and causes of action against Defendant brought in this action or which could have been brought in this action by Plaintiffs against Defendant, and any and all claims or causes of action which Defendant did or could have brought against Plaintiffs arising in or from this action, with each party to bear its own costs and attorneys' fees.

Dated: June 29, 2012.

Respectfully submitted,

/s William R. McMahon[1]  
William R. McMahon, Esquire  
Florida Bar Number: 39044  
McMahon Law Firm, LLC  
11435 West Palmetto Park Road, Suite E  
Boca Raton, Florida 33428  
Telephone: 561-218-4300  
Facsimile: 561-807-5900  
E-Mail: bill@mlfllc.com  
ATTORNEY FOR PLAINTIFFS

/s William R. Trueba, Jr.  
William R. Trueba, Jr., Esquire  
Florida Bar Number: 117544  
Espinosa | Trueba, PL  
1428 Brickell Avenue, Suite 100  
Miami, Florida 33131  
Telephone: 305-854-0900  
Facsimile:  855-854-0000  
E-Mail: wtrueba@etlaw.com  
ATTORNEY FOR DEFENDANT

---

[1] I, William R. McMahon, counsel for Plaintiffs, pursuant to the Local Rules of the U.S. Southern District of Florida, do hereby declare that I have the express permission from William R. Trueba, Jr., counsel for Defendant, to file this Stipulation of Dismissal.